IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETE D. SALAZAR,

    Plaintiff,

vs.                                               Civ. No. 19-517 KG/LF

PENNYMAC MORTGAGE
INVESTMENT TRUST HOLDINGS I,
LLC; PENNYMAC LOAN SERVICES, LLC;
PENNYMAC CORP.; WEINSTEIN & RILEY, P.S.,
AND DOES 1 THROUGH 50, INCLUSIVE,

    Defendants.

## FINAL ORDER OF DISMISSAL

Plaintiff having failed to file a motion to amend the Complaint by September 27, 2019, *see* (Doc. 15) at 12, and having failed to effect service on Defendant Does 1 through 50, inclusive, or to respond to the Order to Show Cause by September 12, 2019, *see* (Doc 13),

    IT IS ORDERED that

    1. Plaintiff's claims against Defendant Does 1 through 50, inclusive are dismissed without prejudice; and

    2. this case is now terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE